428 A.2d 270

Gilmore et al. v. Leveto d/b/a Leveto Construction.

Appeal of D. Leveto.

Submitted October 26, 1978. Bradley R. Krosnoff, for appellant; R. Charles Thomas, for appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Affirmed.

WIEAND, J., did not participate in the consideration or decision of this case.